# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:21-cv-01029-PGB-EJK

TAVIA WAGNER,

    Plaintiff,

vs.

HELKIM REALTY, LLC and
PIZZA POMODORO, LLC, d/b/a
PIZZA POMODORO

    Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO DEFENDANT PIZZA POMODORO, LLC,

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, with prejudice, of this action, solely as to Defendant, PIZZA POMODORO, LLC.

Respectfully submitted this 25th day of June 2021.

By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Law Offices of Joe M. Quick, P.A.
*Counsel for Plaintiff*
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com