# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:21-cv-01029-PGB-EJK

TAVIA WAGNER,

    Plaintiff,

vs.

HELKIM REALTY, LLC, et al.,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, TAVIA WAGNER, by and through her undersigned counsel, hereby respectfully files Plaintiff's Motion For Leave Of Court To File Amended Complaint And Incorporated Memorandum Of Law (hereinafter, the "Motion"), and in support thereof states:

1. The Plaintiff filed a Complaint [DE 1] on June 16, 2021.

2. Said Complaint sues HELKIM REALTY, LLC, a Florida Limited Liability Corporation, and PIZZA POMODORO, LLC, a Florida Limited Corporation, d/b/a PIZZA POMODORO as the lessee, operators and/or owners of the real property (the "Subject Facility"), and the owner of the improvements where the Subject Facilities are located which are the subjects of this action.

3. Plaintiff filed a Stipulation of Voluntary Dismissal With Prejudice [DE 7], on June 25, 2021, upon being informed that Defendant Pizza Pomodoro LLC was not the correct corporate entity to be named in this instant matter.

4. The Honorable Court entered an Order [DE 8] dismissing PIZZA POMODORO, LLC, on June 30, 2021.

5. As such, Plaintiff and Plaintiff's undersigned counsel request Leave of Court to file the Amended Complaint (*see* Attached Exhibit "A" – Amended Complaint) in order to properly incorporate Defendant PIZZA POMODORO NSB, LLC, as the correct corporate party in this instant matter.

## **MEMORANDUM OF LAW**

Federal Rules of Civil Procedure Rule 15(a)(2) clearly states "The court should freely give leave when justice so requires." Plaintiff and Plaintiff's undersigned counsel request this Court grant this first request for Leave to Amend, so that Plaintiff's undersigned counsel can fully and adequately prosecute this action against the correct corporate party, Defendant, PIZZA POMODORO NSB, LLC.

7. Plaintiff's undersigned counsel respectfully requests a Court's Leave be entered allowing Plaintiff to file the Amended Complaint. *Id.* at FRCP 15(a)(2).

8. This request is not brought for purposes of harassment or delay. Further, its grant will not prejudice the Defendants herein, as discussed above.

9. At the time of this instant Motion no parties have appeared on behalf of Defendants herein.

**WHEREFORE**, Plaintiff, and Plaintiff's undersigned counsel, respectfully request the Court grant Plaintiff's Motion For Leave To File Amended Complaint,

said proposed Amended Complaint, attached hereto as Exhibit A, along with the Summons regarding same.

Respectfully submitted this 1st day of July 2021.

                                              By:/S/Joe M. Quick, Esq.
                                              Joe M. Quick, Esq.
                                              Bar Number 0883794
                                              Attorney for Plaintiff
                                              Law Offices of Joe M. Quick, Esq.
                                              1224 S. Peninsula Drive #619
                                              Daytona Beach, Florida 32118
                                              Telephone: 386.212.3591
                                              Email: JMQuickEsq@gmail.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via electronic service and/or US Mail.

> By:/S/Joe M. Quick, Esq.
> Joe M. Quick, Esq.
> Bar Number 0883794
> Attorney for Plaintiff
> Law Offices of Joe M. Quick, Esq.
> 1224 S. Peninsula Drive #619
> Daytona Beach, Florida 32118
> Telephone: 386.212.3591
> Email: JMQuickEsq@gmail.com