# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER <br><br> *Plaintiff(s)* <br> v. <br> HELKIM REALTY, LLC and PIZZA POMODORO NSB, LLC, d/b/a PIZZA POMODORO <br><br> *Defendant(s)* | Civil Action No. 6:21-cv-01029-PGM-EJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HELKIM REALTY - OWNER
CLIFFORD ABELES - REGISTERED AGENT
811 23RD AVENUE
NEW SMYRNA BEACH, FLORIDA, 32169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Magaly Justiniano*

Date: July 21, 2021

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| TAVIA WAGNER | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:21-cv-01029-PGB-EJK |
| HELKIM REALTY, LLC and PIZZA POMODORO NSB, LLC, d/b/a PIZZA POMODORO | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PIZZA POMODORO NSB, LLC
d/b/a PIZZA POMODORO
CATERINA TIANO - REGISTERED AGENT
1518 S. DIXIE FREEWAY
NEW SMYRNA BEACH, FLORIDA, 32168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Magaly Justiniano*

Date: July 21, 2021

*Signature of Clerk or Deputy Clerk*