## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 6:21-CV-01029-PGB-EJK

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**HELKIM REALTY, LLC AND PIZZA POMODORO NSB, LLC, D/B/A PIZZA POMODORO**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#619
DAYTONA BEACH, FL 32118

Received by BILL ROSE on the 22nd day of July, 2021 at 11:26 am to be served on **PIZZA POMODORO NSB, LLC D/B/A PIZZA POMODORO C/O CATERINA TIANO-REGISTERED AGENT, 1518 S DIXIE FREEWAY, NEW SMYRNA BEACH, FL 32168**.

I, BILL ROSE, being duly sworn, depose and say that on the **29th day of July, 2021** at **4:40 pm, I**:

served a Limited Liability Company by delivering a true copy of SUMMONS IN A CIVIL ACTION AND COMPLAINT with the date, hour and initials of process server endorsed thereon by me, to: JOHN DOE (REFUSED TO PROVIDE NAME) as PERSON IN CHARGE for PIZZA POMODORO NSB, LLC D/B/A PIZZA POMODORO, at the address of: 1518 S DIXIE FREEWAY, NEW SMYRNA BEACH, FL 32168, and informed said person of the contents therein, in compliance with F.S. 48.062 (c)

(c) If a member or manager is not available during regular business hours to accept service on behalf of the limited liability company, he, she, or it may designate an employee of the limited liability company to accept such service. After one attempt to serve a member, manager, or designated employee has been made, process may be served on the person in charge of the limited liability company during regular business hours.

**Additional Information pertaining to this Service:**
SERVED PERSON IN CHARGE (REFUSED TO PROVIDE NAME); ADVISED BUSINESS IS NO LONGER RUN BY CATERINA TIANO, BUT REFUSED TO PROVIDE ANY OTHER INFORMATION.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: WHITE (GREEK), Height: 6'0", Weight: 200, Hair: DARK, Glasses: N



## AFFIDAVIT OF SERVICE For 6:21-CV-01029-PGB-EJK

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of _Volusia_
Subscribed and sworn to before me by means of
physical presence on the 30th day of July, 2021 by the
affiant who is personally known to me.

Notary Public
Print Name _Lisa M. Garcia_

LISA M. GARCIA
MY COMMISSION # HH 147149
EXPIRES: July 23, 2025
Bonded Thru Notary Public Underwriters

**BILL ROSE**
Process Server

**MAX J. GARCIA, INC.**
**145 E RICH AVE**
**SUITE G**
**Deland, FL 32724**
**(386) 624-6943**

Our Job Serial Number: MJG-2021004826

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| HELKIM REALTY, LLC and PIZZA POMODORO | ) |
| NSB, LLC, d/b/a PIZZA POMODORO | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 6:21-cv-01029-PGB-EJK

DATE 4:40P  TIME 7/29/21

Server Initials _____

(court-appointed process server)

X 386 402-8096

Recipient Signature

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ PIZZA POMODORO NSB, LLC
d/b/a PIZZA POMODORO
CATERINA TIANO - REGISTERED AGENT
1518 S. DIXIE FREEWAY
NEW SMYRNA BEACH, FLORIDA, 32168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  July 21, 2021

_Signature of Clerk or Deputy Clerk_