# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TAVIA WAGNER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HELKIM REALTY, LLC and )<br>PIZZA POMODORO NSB, LLC, )<br>d/b/a )<br>PIZZA POMODORO )<br>)<br>    Defendants. ) | Case No. 6:21-cv-01029-PGB-EJK |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, TAVIA WAGNER, ("Plaintiff") and Defendants, HELKIM REALTY, LLC and PIZZA POMODORO, ("Defendanst") by and through their undersigned counsel, respectively, hereby file this Joint Notice of Settlement and advises this Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

DATED this 3rd day of September, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Jesse I. Unruh* <br> Jesse I. Unruh, Esq. <br> Florida Bar No. 91121 <br> Whitney DuPree, Esq. <br> Florida Bar No. 110036 <br> Spire Law, LLC <br> 2752 W. State Road 426, Suite 2088 <br> Oviedo, Florida 32765 <br> Telephone: (407) 494-0135 <br> E-Mail: jesse@spirelawfirm.com <br> lauren@spirelawfirm.com <br><br> *Attorneys for Defendants* | *By: /s/Joe M. Quick, Esq.* <br> Joe M. Quick, Esq. <br> Bar Number 0883794 <br> Law Office of Joe M. Quick, Esq. <br> I224 S. Peninsula Drive #619 <br> Daytona Beach, Florida 32118 <br> Telephone: 386.212.3591 <br> Email: JMQuickEsq@gmail.com <br><br> *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby Certify that on this 3rd day of September, 2021., the foregoing was electronically filed with the Court by using the Middle District of Florida CM/ECF portal, which will send a notice of electronic filing to: Joe Quick, Esq. at JMQuickEsq@gmail.com, at 1224 S. Peninsula Dr #619, Daytona Beach, Florida 32118.

                                           */s/ Jesse I. Unruh*
                                           Attorney